UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                     Plaintiff,                    Case Number 24-20520

v.                                     Honorable David M. Lawson

CHARLES WASSON, MAURICE POTTS,
BRUCE KAPLAN, SHARELENE DAWSON
a/k/a SHARELENE CRAWFORD, DESIREE
KING, LANISE GORTMAN, AARON
ALONSO THOMAS, VALECIA VERNETTE-
MICHEL LOGAN, ANTOINE ARNOLD,
USMAN AHMAD, DURAND BYNUM,
EBONY DANIELS, and ALLEN SATAWHITE,

                     Defendants.

_____/

## **PROTECTIVE ORDER**

Pursuant to Federal Rule of Criminal Procedure 16(d) and Eastern District of Michigan, Michigan Local Criminal Rule 1.1 (incorporating E.D. Mich. LR 1.1(c) and 26.4), and the stipulation of the parties (ECF No. 229), it is **ORDERED** that all of the terms of the protective order previously entered by the Court concerning other defendants in this matter (ECF No. 105) henceforth shall apply with full force and effect as to defendants Usman Ahmad, Durand Bynum, Ebony Daniels, Allen Satawhite and their counsel of record.

                                    s/David M. Lawson
                                    DAVID M. LAWSON
                                    United States District Judge

Dated:   July 10, 2025